IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS TREUSCH,<br><br>      Plaintiff,<br><br>  v.<br><br>CENTER SQUARE SUPERMARKET, LLC, and UNITED FOODS & COMMERCIAL WORKERS UNION, LOCAL 152,<br><br>      Defendants. | HON. JEROME B. SIMANDLE<br><br>Civil No. 11-4874 (JBS/JS)<br><br>**ORDER** |

This matter having come before the Court upon the motion of Defendant United Foods & Commercial Workers Union, Local 152 ("Local 152") to dismiss Plaintiff Thomas Treusch's complaint for failure to state a claim pursuant to Rule 12(b)(6), Fed. R. Civ. P. [Docket Item 6]; the Court having considered the submissions of the parties; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

    1.   IT IS this __**13th**__ day of **April, 2012** hereby

    ORDERED that Defendant Local 152's motion is **DENIED** without prejudice.

                                    **s/ Jerome B. Simandle**
                                    JEROME B. SIMANDLE
                                    Chief United States District Judge