IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS TREUSCH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CENTER SQUARE SUPERMARKET,<br>LLC, and UNITED FOODS &<br>COMMERCIAL WORKERS UNION,<br>LOCAL 152,<br><br>　　　　Defendants. | HON. JEROME B. SIMANDLE<br><br>Civil No. 11-4874 (JBS/JS)<br><br>**ORDER** |

This matter having come before the Court upon the motion of Defendant United Foods & Commercial Workers Union, Local 152 ("Local 152") to dismiss Plaintiff Thomas Treusch's complaint for failure to state a claim pursuant to Rule 12(b)(6), Fed. R. Civ. P. [Docket Item 6]; the Court having considered the submissions of the parties; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

　　1.　IT IS this __**13th**__ day of **April, 2012** hereby

　　ORDERED that Defendant Local 152's motion is **DENIED** without prejudice.

　　　　　　　　　　　　　　　　　　　 **s/ Jerome B. Simandle**
　　　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　　Chief United States District Judge