```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| THOMAS TREUSCH, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 11-4874 (JBS/JS) |
| v. | **ORDER** |
| CENTER SQUARE SUPERMARKET, LLC, and UNITED FOODS & COMMERCIAL WORKERS UNION, LOCAL 152, |  |
| Defendants. |  |

This matter having come before the Court upon Plaintiff Thomas Treusch's motion for reconsideration [Docket Item 53]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this   **5th**   day of **April, 2013** hereby

ORDERED Plaintiff's motion for reconsideration [Docket Item 53] is DENIED.

                                     **s/ Jerome B. Simandle**
                                     JEROME B. SIMANDLE
                                     Chief U.S. District Judge